LAW OFFICES OF CARLIN & BUCHSBAUM, LLP
GARY R. CARLIN, CSBN: 44945
gary@carlinbuchsbaum.com
BRENT S. BUCHSBAUM, CSBN: 194816
brent@carlinbuchsbaum.com
301 East Ocean Boulevard, Suite 1550
Long Beach, California 90802
Telephone (562) 432-8933; Facsimile: (562) 435-1656

Attorneys for Plaintiff,
STEVEN FECKLEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| STEVEN FECKLEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COVANCE, INC., a Delaware corporation; LABORATORY CORPORATION OF AMERICA, a Delaware corporation; LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware corporation; LC LABORATORY CORPORATION OF AMERICA, a California corporation; and DOES 1 through 250, inclusive,<br><br>Defendants. | Case No: 8:19-cv-00122-CJC-ADS<br>(CLASS ACTION)<br><br>*Assigned for all purposes to the Hon. Cormac J. Carney*<br><br>**REQUEST FOR VOLUNTARY DISMISSAL OF ENTIRE CLASS ACTION CLAIMS WITHOUT PREJUDICE; DECLARATION OF GARY R. CARLIN IN SUPPORT OF REQUEST FOR VOLUNTARY DISMISSAL OF ENTIRE CLASS ACTION WITHOUT PREJUDICE; AND [PROPOSED] ORDER**<br><br>Complaint Filed: November 16, 2018<br>Trial Date:     Vacated |

-1-

REQUEST FOR VOLUNTARY DISMISSAL OF ENTIRE CLAIMS WITHOUT PREJUDICE;
DECLARATION OF GARY R. CARLIN; AND [PROPOSED] ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IF HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure Rule 23(e) and 41(a)(2), Plaintiff requests that the Court dismiss the entire claims without prejudice. The reasons for the dismissal are described in the concurrently filed Declaration of Plaintiff's attorney, Gary R. Carlin.

Dated: February 20, 2020         LAW OFFICES OF CARLIN & BUCHSBAUM
                                 A Limited Liability Partnership


                                 By: /s/ Gary R. Carlin
                                     Gary R. Carlin,
                                     Attorney for Plaintiffs,
                                     STEVE FECKLEY

## CERTIFICATE OF SERVICE

*Steven Feckley v. Covance, Inc., et al.,*
Case No. 8:19-cv-00122-CJC-ADS

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 301 East Ocean Blvd., Suite 1550, Long Beach, California 90802.

On February 21, 2020, I served the foregoing document described as:

**REQUEST FOR VOLUNTARY DISMISSAL OF ENTIRE CLASS ACTION CLAIMS WITHOUT PREJUDICE; DECLARATION OF GARY R. CARLIN IN SUPPORT OF REQUEST FOR VOLUNTARY DISMISSAL OF ENTIRE CLASS ACTION WITHOUT PREJUDICE; AND [PROPOSED] ORDER**

The true copies thereof were enclosed in a sealed envelope and addressed as follows:

<u>Counsel for Defendants</u>
Michael R. Lindsay, Esq.
Irene Scholl-Tatevosyan, Esq.
Andrea Chavez, Esq.
NIXON PEABODY, LLP
300 South Grand Avenue, Suite 4100
Los Angeles, California 90071-3151

Telephone:    (213)629-6073
Facsimile:    (866)445-4550
E-Mail:       mlindsay@nixonpeabody.com
              itatevosyan@nixonpeabody.com
              andrea.chavez@nixonpeabody.com

**XX**   **BY CM/ECF:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

___   **BY MAIL:** I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practices.

//

1  ___   **BY OVERNIGHT DELIVERY**: I caused such envelope to be delivered via overnight delivery (FedEx) addressed as indicated above for deposit and delivery by The Law Offices of Carlin & Buchsbaum, LLP, following ordinary business practices

___   **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the offices of the addressee.

___   **BY FACSIMILE**: I caused such document to be served on all parties to this action via facsimile at the numbers indicated on the attached service list. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this document.

<u>XX</u>   **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed, February 21, 2020, at Long Beach, California.

/s/ Deanna Jaksic
DEANNA JAKSIC, Declarant